IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                              CRIMINAL 13-0009CCC

1) JOSE DE LEON
**2) WILSON CONCEPCION**

Defendants

### ORDER

Having considered the Report and Recommendation filed on July 29, 2013 (**docket entry 40**) on a Rule 11 proceeding of defendant Wilson Concepción (2) held before U.S. Magistrate Judge Bruce J. McGiverin on July 29, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 29, 2013.  The **sentencing hearing is set for October 31, 2013 at 4:40 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on August 26, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge