IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

      v.                                    CR. NO. 13-00009-002 (CCC)

WILSON CONCEPCION-SOLIVER

**MOTION NOTIFYING VIOLATIONS OF SUPERVISED RELEASE TERM AND REQUESTING AN ARREST WARRANT**

**OSCAR E. VELAZQUEZ-MARTINEZ, TASK FORCE PROBATION OFFICER of this Court,** informs the Court that on December 9, 2013, Mr. Wilson Concepcion-Soliver was sentenced to a one hundred eight (108) months of imprisonment followed by five (5) years of supervise release for violation of 46 U.S.C. §70503(a)(1), 70504(b)(1) and 70506(b): Conspiracy to possess with intent to distribute cocaine on board a vessel. On August 5, 2015, the imprisonment term was reduced to eighty-seven (87) under months. Mr. Concepcion Soliver violated the following conditions:

**Standard condition #1:** "The defendant shall not commit another federal, state, or local crime, and shall observe the standard conditions of supervised release recommended by the United States Sentencing Commission and adopted by this Court."

**Special condition #1.** "If removed by the Bureau of Immigration and Customs Enforcement, defendant shall remain outside the United States, and all places subject to its jurisdiction unless prior written permission to reenter is obtained from the pertinent legal authorities and he notify in writing the probation officer of this Court to that effect.**

On August 30, 2021, Mr. Concepcion Soliver was arrested by Border Patrol agents in Desecheo Island, Puerto Rico. A complaint and subsequent Indictment were filed in Cr. No. 21-00314 (FAB) for violation of 8 U.S.C §§1326(a) and (b)(2): Alien previously removed from the

United States after a felony conviction without obtaining, prior to his re-embarkation at a place outside the United States, the express consent from the Attorney General of the United States, or his successor the Secretary of the Department of Homeland Security, to reapply for admission into the United States.  According to the records, Mr. Concepcion Soliver was physically removed from United States to Dominican Republic on May 7, 2019.

**WHEREFORE,** based on the above-mentioned violations it is respectfully requested that an arrest warrant be issued for Mr. Wilson Concepcion-Soliver's arrest, so that he may be brought before this Court to show cause why his supervision term should not be revoked.

In San Juan, Puerto Rico on September 8, 2021.

RESPECTFULLY SUBMITTED,

LUIS O. ENCARNACION
Chief U.S. Probation Officer


Oscar E. Velázquez-Martínez
U.S. Probation Officer Task Force
United States Probation Office
Federal Office Building
150 Chardón Avenue, Rm. 225
San Juan, P.R.  00918
Telephone: (787) 994-0763
Fax: (787) 281-4940
E-mail: oscar_velazquez@prp.uscourts.gov

3

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this motion with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the parties.

San Juan, Puerto Rico on September 8 , 2021.

                                      Oscar E. Velázquez-Martínez
                                      U.S. Probation Task Force Officer